**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.: 1:25-cv-01884**

TUCKER LLC,

               Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

               Defendants.

## <u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 120</u>

Plaintiff TINY BIOTICS LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against huangqishangmao (Defendant No. 120 on Schedule "A").

Dated: March 27, 2025                Respectfully submitted,

                                        */s/ Joel B. Rothman*
                                        JOEL B. ROTHMAN
                                        Florida Bar Number: 98220
                                        joel@sriplaw.com
                                        J. CAMPBELL MILLER
                                        Illinois Bar Number: 6345233
                                        campbell.miller@sriplaw.com
                                        RACHEL I. KAMINETZKY
                                        New York Bar Number: 6030647
                                        Rachel.kaminetzky@sriplaw.com

                                        **SRIPLAW, P.A.**
                                        742 S. Rangeline Rd.
                                        Carmel, IN 46032
                                        561.404.4350 – Telephone

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

561.404.4353 – Facsimile

*Counsel for Plaintiff Tiny Biotics LLC*

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS