UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-01884

TINY BIOTICS LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 155, 159, 166, 175 AND 199**

Plaintiff TINY BIOTICS LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the following defendants:

  a. MIlsfna (Defendant No. 155 on Schedule "A");

  b. bei hao shang mao (Defendant No. 159 on Schedule "A");

  c. Lucky Freshener (Defendant No. 166 on Schedule "A");

  d. Miocololy-US (Defendant No. 175 on Schedule "A"); and,

  e. Yunsushop (Defendant No. 199 on Schedule "A").

Dated: April 3, 2025            Respectfully submitted,

                                           */s/ Joel B. Rothman*
                                           JOEL B. ROTHMAN
                                           Florida Bar Number: 98220
                                           joel@sriplaw.com
                                           J. CAMPBELL MILLER

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

Illinois Bar Number: 6345233
campbell.miller@sriplaw.com
RACHEL KAMINETZKY
New York Bar Number: 6030647
Rachel.kaminetzky@sriplaw.com

**SRIPLAW, P.A.**
742 S. Rangeline Rd.
Carmel, IN 46032
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Tiny Biotics LLC*